IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Winfield, Calvin

Printed: 6/3/08

Case Number: 05 B 09388
Judge: Squires, John H

Filed: 3/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 23, 2008
Confirmed: April 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,900.00 |  |
| Secured: |  | 16,263.11 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 936.89 |
| Other Funds: |  | 0.00 |
| Totals: | 18,900.00 | 18,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 28,581.26 | 16,263.11 |
| 4. | Commonwealth Edison | Unsecured | 110.59 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 108.00 | 0.00 |
| 6. | Nicor Gas | Unsecured | 232.75 | 0.00 |
| 7. | State Farm Insurance Co | Unsecured | 289.31 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 1,045.86 | 0.00 |
| 9. | Farmers Insurance Group | Unsecured |  | No Claim Filed |
| 10. | Great American Finance Company | Unsecured |  | No Claim Filed |
| 11. | Midwest | Unsecured |  | No Claim Filed |
| 12. | Excel LLC | Unsecured |  | No Claim Filed |
| 13. | St James Hospital | Unsecured |  | No Claim Filed |
| 14. | Wellgroup Health Partners | Unsecured |  | No Claim Filed |
| 15. | SBC | Unsecured |  | No Claim Filed |
| 16. | Sprint | Unsecured |  | No Claim Filed |
| 17. | University of Illinois | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,067.77 | $ 17,963.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 48.00 |
| 3% | 53.99 |
| 5.5% | 280.50 |
| 5% | 90.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Winfield, Calvin | Case Number: 05 B 09388 |
| | Judge: Squires, John H |
| Printed: 6/3/08 | Filed: 3/16/05 |

```
            4.8%            172.80
            5.4%            291.60
                         _____
                          $ 936.89
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____